IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOHAMED CHEKCHEKANI                                          PETITIONER

V.                                              Cause No. 5:26-cv-00228-DCB-BWR

GEO ADELANTO ICE PROCESSING                                 RESPONDENT
CENTER

## ORDER

This matter is before the Court *sua sponte*. Petitioner Mohamed Chekchekani filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention and final removal order. On April 9, 2026, Respondent filed a Motion to Dismiss for Lack of Personal Jurisdiction [19]. Petitioner did not respond to the Motion to Dismiss, so on May 4, 2026, the Court issued an Order to Show Cause requiring Petitioner to respond to the Motion to Dismiss on or before May 22, 2026. Order [21] at 1-2.

May 22, 2026 has passed without Petitioner responding to the Motion to Dismiss for Lack of Personal Jurisdiction or the Order to Show Cause. Mail sent to Petitioner at his address of record at Adams County Correctional Center has been returned as undeliverable with a note indicating that Petitioner has been "released." Returned Mail [22]. Petitioner is not listed as a detainee in the automated case information system provided by the Department of Homeland Security's Executive Office for Immigration Review. *See* acis.eoir.justice.gov (last visited June 3, 2026).

IT IS THEREFORE ORDERED that, **on or before June 12, 2026,** Respondent shall file response to this Order and inform the Court whether the Petitioner has been

released from ICE detention.

SO ORDERED, this 3rd of June 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE